[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-14269
Non-Argument Calendar
_____

D.C. Docket No. 3:11-cr-00097-MCR-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ROBERT MOECKEL,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida
_____

(July 18, 2013)

Before HULL, PRYOR and MARTIN, Circuit Judges.

PER CURIAM:

Clinton A. Couch, appointed counsel for Robert Moeckel in this direct

criminal appeal, has moved to withdraw from further representation of the appellant

and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396,

18 L.Ed.2d 493 (1967).   Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.   Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Moeckel's convictions and sentences are **AFFIRMED**.